# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WAVE LINX LLC, § § *Plaintiff*, § § v. § § SPECTRUMVOIP, INC., § § *Defendant*. § § | Case No. 2:21-cv-00287-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (the "Notice"). (Dkt. No. 10.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 21st day of September, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE